UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SANDPIPER ISLE CONDOMINIUM ASSOCIATION, INC.**,

    Plaintiff,

v.                                             Case No. 2:21-cv-105-JLB-KCD

**EMPIRE INDEMNITY INSURANCE COMPANY,**
    Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant's Motion to Strike Plaintiff's Second Interrogatories and Third Request for Production as Moot. (Doc. 78.) The deadline to file a response has not yet run, but the Court finds good cause to address the motion now.

This is an insurance dispute stemming from Hurricane Irma. Sandpiper Isle Condominium Association, Inc. sues its insurer, Empire Indemnity Insurance Company, for allegedly handling its insurance claim in bad faith. (Doc. 77.) Pertinent here, the operative complaint contains a request for punitive damages. Sandpiper contends that Empire intentionally subjects its

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

insureds to "an error-ridden, lackadaisical adjustment process" or "suggest[s] improper repair methodology," aiming to reduce Empire's payments. (*Id.* ¶ 32.)

Empire has moved to dismiss the punitive damages claim. (Doc. 79.) In conjunction, it filed the instant motion to strike Sandpiper's "Second Set of Interrogatories and Third Request for Production." (Doc. 78 ¶ 6.) According to Empire, this discovery "is only permissible to the extent [Sandpiper]'s claim for punitive damages [can] survive dismissal." (*Id.*) In other words, Empire believes Sandpiper's discovery should be abated until the issue of punitive damages is decided.

The Court may ultimately agree with Empire. But at this juncture it cannot reach a decision for one simple reason: Empire has not included the contested discovery with its motion. It is thus impossible to assess whether Sandpiper's discovery is directed at the issue of punitive damages and thus should be stricken.

Accordingly, it is now **ORDERED**:

Defendant's Motion to Strike Plaintiff's Second Interrogatories and Third Request for Production as Moot (Doc. 78) is **DENIED WITHOUT PREJUDICE**. Any renewed motion must include the disputed discovery as either an attachment or part of the briefing.

- 3 -

**Done and ordered** in Fort Myers, Florida on July 21, 2022.

Kyle C. Dudek
United States Magistrate Judge

Copies:   All Parties of Record